FITCH v. FITCH

No. 35 PC.

Case below: 26 N.C. App. 570.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.

HARTSELL v. STRICKLAND

No. 168 PC.

Case below: 26 N.C. App. 68.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

HENDERSON v. MATTHEWS and ROGERS v. HENDERSON and NEWKIRK v. HENDERSON and LANIER v. HENDERson

No. 200 PC.

Case below: 26 N.C. App. 280.

Petition of Marion Henderson for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

HILL v. JONES

No. 182 PC.

Case below: 26 N.C. App. 168.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

HUDSON v. BOARD OF TRANSPORTATION

No. 122 PC.

Case below: 25 N.C. App. 435.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.